IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-00224-11-CR-W-HFS |
| | ) | |
| ALEXANDRA S. MCKINNEY, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

Upon motion of the United States of America, good cause having been shown for the granting of such motion, it is hereby

ORDERED, this  28th  day of June, 2010, that the Indictment in this matter is hereby DISMISSED as to defendant Alexandra S. McKinney.

/s/ Howard F. Sachs
HOWARD F. SACHS
Senior United States District Judge

Kansas City, MO